UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAY LYNN,<br>SANDRA LYNN,<br>JSL PROPERTIES, INC.,<br>MAKAMAE CORP.,<br>ABIGAIL PAIGE LYNN TRUST,<br>I AM MY BROTHER'S KEEPER<br>FOUNDATION (IAMBKF)<br>INCORPORATED,<br><br>      Petitioners,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | No. 1:13-mc-00132-WTL-MJD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Respondent's Motion to Dismiss All Petitions to Quash IRS Summonses [Dkt. 10.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, Respondent's Motion to Dismiss [Dkt. 5] is **granted**, discussing all three of Petitioners' petitions to quash [Dkts. 1, 2, and 3] in their entirety.

Date: 04/29/2014

                      _William T. Lawrence_
                      Hon. William T. Lawrence, Judge
                      United States District Court
                      Southern District of Indiana

Distribution:

James K. Gilday
GILDAY & ASSOCIATES, P.C.
jgilday@gildaylegal.com

Lindsay C. Dunn
UNITED STATES ATTORNEY'S OFFICE
lindsay.dunn@usdoj.gov

Nathan L. Strup
UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION
nathan.l.strup@usdoj.gov